UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                              )
                                   ) Case No._____
                                   )
                                   )
                                   ) **Notice of Intent**
                                   ) **to Abandon**
Debtor(s)                          )

1. The trustee proposes, per 11 U.S.C. § 554, to abandon the following estate property:

2. The trustee believes that (check all applicable sections):

   a. Such property is burdensome to the estate.

   b. There is no equity for the estate in such property.

   c. Such property is of inconsequential value to the estate.

3. A brief description of the details relating to the checked sections in paragraph 2 is:

4. The trustee certifies that either (check one):

   a. This is a no-asset case, and an Amended Inventory and Report of Assets will be promptly filed if appropriate; or

   b. Further administration of other assets is still required.

751 (12/1/2018)                Page 1 of 2

**NOTICE IS GIVEN** that the property described above will be deemed abandoned on the 21st day after the trustee's date below, unless within 16 days of that date, an interested party:

1) files a written objection, setting forth the specific grounds for the objection, with the clerk at 1050 SW 6th Ave. #700, Portland, OR 97204 or 405 E 8th Ave #2600, Eugene OR 97401, and

2) serves the objection on the trustee at _____ _____.

Date: _____                    _____
                                                          Trustee